Mary R. Grant ISB #8744
THE HUNTLEY LAW FIRM, PLLC
950 W. Bannock St., Suite 600
P.O. Box 2188
Boise, Idaho 83701
Telephone: 208-388-1230
Facsimile: 208-388-0234
mgrant@huntleylaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GISELLE FINCHAM,<br><br>    Plaintiff,<br><br>v.<br><br>CENTIMARK CORPORATION,<br><br>    Defendant. | Case No.<br><br>**Complaint**<br>**And**<br>**Demand for Jury Trial** |

Plaintiff as her claim alleges:

1. This action is brought under the Title VII of the Civil Rights Act of 1964 on behalf of Giselle Fincham against CentiMark Corporation (Hereinafter "CentiMark").

### JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this action pursuant to 42 U.S.C. §2000e-2(a), Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e et seq. Defendant has deprived Plaintiff of both substantive and procedural due process in violation of the Fifth and Fourteenth Amendments to the U.S. Constitution as enforced by 42 U.S.C. §1983.

3. Venue is proper in this Court pursuant to 42 U.S.C. §2000e because this is the judicial district in which the unlawful employment practice is alleged to have been committed,

Complaint and Demand for Jury Trial -  1

where the employment records relevant to such practice are maintained and administered, and in which the aggrieved person would have worked, but for the alleged unlawful employment practice.

4. The amount in controversy exceeds the sum of $75,000 exclusive of interest, attorney fees, and costs.

5. Plaintiff has exhausted all Administrative Remedies and has received a Right-to-Sue letter from the EEOC and this filing is within 90s day of the date thereof

## PARTIES

6. The Plaintiff: The Plaintiff, Giselle Fincham, was at all times mentioned herein, a resident of the State of Idaho, and was a former employee of CentiMark.

7. The Defendant: The Defendant CentiMark Corporation was and is at all times relevant hereto an established nationwide corporation, headquartered in Canonsburg, Pennsylvania, operating in at least 48 states with 80 offices, one of which is existing and validly operating in Boise, Idaho.

## STATEMENT OF THE FACTS

8. Giselle Fincham (hereinafter "Fincham") was hired by CentiMark as the full-time office manager for its Boise, Idaho office on July 5, 2017.

9. On or about August 31, 2017, CentiMark wrongfully terminated Fincham's employment following Fincham's disclosure of being pregnant.

10. Subsequently, CentiMark offered tardiness and/or absenteeism as pretextual grounds for Fincham's dismissal, despite the facts that Fincham had received bonuses for her work accomplishments and was in the top five (5) of office managers nationwide for successful

cash management and had no prior disciplinary actions taken against her.

11. Fincham's lost wages from CentiMark and loss of benefits, including future income, and general and emotional damages as a direct result of her wrongful termination exceed $75,000 in an amount to be determined.

12. As a result of her wrongful termination, Fincham is entitled to receive compensation for her lost past and future income and benefits, emotional damages, together with costs and reasonable attorney fees under Title VII of the Civil Rights Act of 1964, and under Title 42 USC Sections 1983 and 1988.

WHEREFORE, Plaintiff prays judgment as follows:

1. For past and future loss of income and benefits in an amount to be determined at trial; and
2. For past and future emotional and general damages in an amount to be determined at trial; and
3. For reasonable attorney fees and costs; and.
4. For such other and further relief as may be meet and equitable in the premises.

**Plaintiff hereby demands a trial by jury**.

DATED the 29th day of August.

THE HUNTLEY LAW FIRM, PLLC

/s/ *Mary R. Grant*
Mary R. Grant