Christopher F. Huntley, ISBN 6056
THE HUNTLEY LAW FIRM, PLLC
950 W. Bannock St., Suite 600
P.O. Box 2188
Boise, Idaho 83701
Telephone: 208-388-1230
Facsimile: 208-388-0234
ecourtdoc@huntleylaw.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GISELLE FINCHAM,<br><br>    Plaintiff,<br><br>v.<br><br>CENTIMARK CORPORATION,<br><br>    Defendant. | Case No. 1:19-CV-00333-NDF<br><br>**NOTICE TO COURT** |

Plaintiff, by and through counsel, gives notice to the Court that she does not intend to serve the Defendant in the above-captioned matter and asks that her Complaint be dismissed without prejudice.

DATED the 15th day of November, 2019.

                                                    THE HUNTLEY LAW FIRM, PLLC

                                                    ?s? Christopher F. Huntley
                                                    _____
                                                    Christopher F. Huntley

NOTICE TO COURT -  1